# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CIV** ___16___ / __01841__ / __SPL__          DATE:__January 30, 2017__
      Year   Case No  Initials

Title:___ThermoLife International LLC___ v. _Maximum Human Performance, et. al.,_
           Plaintiff               Defendants

==============================================================================

HON:_MICHELLE H. BURNS_    Judge #_70BT_

     _Elida Carranza_         ___Not Recorded___
     Judicial Assistant         Recorded

**APPEARANCES:**

Gregory Blain Collins and Cara Eskay, appearing for Plaintiff.
William J Cass and Kenneth Michael Motolenich-Salas, appearing for Defendant.

==============================================================================
**PROCEEDINGS:**   ____Open Court   ____Chambers   __X__ Other

The Court held a Telephonic Status Hearing re: upcoming settlement conference. On January 25, 2017, the Court received written communication from counsel for the parties indicated one party's belief that, pursuant to paragraph 7 of this Court's September 19, 2016, ORDER, a settlement conference at this juncture "would be a futile act resulting in a waste of time and money inconsistent with Rule 1." After extensive discussion with the parties, and considering prior discussions (Docs. 45, 58), this Court agrees that a settlement conference at this juncture would be futile. The parties are directed to continue settlement discussions, and to contact this Court to place the settlement conference back on this Court's calendar should their positions change.
IT IS ORDERED the Settlement conference scheduled for February 6, 2017 is VACATED.

Time: 11:00 AM - 11:35 AM (.35 min)